UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARGARITA RODRIGUEZ-BONILLA
*as the Successor Personal Representative*
*of the Estate of Gregory Lloyd Edwards,*

        Plaintiff,

vs.                                 CASE NO. 6:20-cv-02235-JA-GJK

MICHAEL PEREZ, JACOB MATHIS,
KEVIN KRUKOSKI, and CITY OF
WEST MELBOURNE, FLORIDA,

        Defendants.

_____/

MARGARITA RODRIGUEZ-BONILLA
*as the Successor Personal Representative*
*of the Estate of Gregory Lloyd Edwards,*

        Plaintiff,                  CASE NO. 6:21-cv-00428-JA-GJK

vs.

WAYNE IVEY, KELLY HAMAN,
GEORGE FAYSON, RICHARD ZIMMERMAN,
ROBERT WAGNER, JR., FREDDY CEDENO,
ALLISON BLAZEWICZ, DEBORA NADEAU,
AYANA ROBINSON, YOLANDA JONES, and
ARMOR CORRECTIONAL HEALTH
SERVICES, INC.,

        Defendants.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**

Plaintiff, respectfully moves this court for entry of an order permitting David Chonin of the Law Offices of Brian Breiter, LLP to be substituted in as counsel for Plaintiff Margarita Rodriguez Bonilla, as successor personal representative for the Estate of Gregory Lloyd Edwards, and as grounds states as follows:

1.      Plaintiff Margarita Rodriguez Bonilla, as successor personal representative for the Estate of Gregory Lloyd Edwards requests that David Chonin of the Law Offices of Brian Breiter, LLP be substituted in as counsel for Devon M. Jacob, of Jacob Litigation, Inc., Benjamin Lloyd Crump of Ben Crump Law, PLLC, and Natalie A. Jackson of The Law Office of Natalie A. Jackson.

2.      Devon M. Jacob, of Jacob Litigation, Inc., Benjamin Lloyd Crump of Ben Crump Law, PLLC, and Natalie A. Jackson of The Law Office of Natalie A. Jackson will have no further responsibility in this matter or to Plaintiff upon the Court's entry of an Order substituting counsel.

3.      Based on the foregoing, Plaintiff respectfully request this Court enter an Order granting the unopposed substitution of counsel for David Chonin of the Law Offices of Brian Breiter, LLP to be substituted in as counsel and relieving Devon M. Jacob, of Jacob Litigation, Inc., Benjamin Lloyd Crump of Ben Crump Law, PLLC, and Natalie A. Jackson of The Law Office of Natalie A. Jackson from any further responsibility in the instant matter.

CERTIFICATE OF CONFERENCE PURSUANT TO M.D. FLA. L.R. 3.01

Counsel for Plaintiff, David Chonin, Esq., hereby certifies he conferred with counsel for each Defendant in compliance with M.D.Fla.L.R. 3.01, and was advised that Defendant does not object or opposed the requested substitution.

/s/*David Chonin*_____
David Chonin (FBN: 066664)
david@lawbreiter.com
LAW OFFICES OF BRIAN BREITER
5775 Blue Lagoon Drive, Suite 300
Miami, FL 33126
Telephone:  (866) 954-9955
Facsimile:   (855) 776-6747

## CONSENT TO SUBSTITUTION

I consent to the above substitution

**Margarita Rodriguez-Bonilla**
_____
MARGARITA RODRIGUEZ-BONILLA

I consent to the above substitution

JACOB LITIGATION, INC.

*/s/ Devon M. Jacob*
_____
Devon M. Jabob
djacob@jacoblitigation.com
P.O. Box 837
Mechanicsburg, PA 17055
Telephone: (717) 796-7733
Facsimile: (855) 796-1983

I consent to the above substitution

BEN CRUMP Law, PLLC

*/s/ Benjamin Lloyd Crump*
Benjamin Lloyd Crump
court@bencrump.com
122 S. Calhoun Street
Tallahassee, FL 32301
Telephone: (850) 224-2020

I consent to the above substitution

THE LAW OFFICE OF NATALIE A. JACKSON

*/s/Natalie A. Jackson*
Natalie A. Jackson
natalie@nataliejacksonlaw.com
121 S. Orange Ave., Suite 1500
Orlando, FL 32801
Telephone: (407) 437-9245

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ David Chonin

**Signature:** *Margarita Rodriguez-Bonilla*    Digitally signed by M. Rodriguez-Bonilla
Adobe Acrobat version: 2021.007.20099
**Email:** mbon121230@aol.com

# Substitution of Counsel

Final Audit Report                                                            2021-12-17

| | |
|---|---|
| Created: | 2021-12-17 |
| By: | David Chonin (david@lawbreiter.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqTML3BDgnWsxnc65wXXvcwULXKavKzhi |

## "Substitution of Counsel" History

📄 Document created by David Chonin (david@lawbreiter.com)
2021-12-17 - 10:04:07 PM GMT- IP address: 23.118.188.239

✉ Document emailed to Margarita Rodriguez-Bonilla (mbon121230@aol.com) for signature
2021-12-17 - 10:04:28 PM GMT

📄 Email viewed by Margarita Rodriguez-Bonilla (mbon121230@aol.com)
2021-12-17 - 10:05:00 PM GMT- IP address: 209.73.183.24

✍ Document e-signed by Margarita Rodriguez-Bonilla (mbon121230@aol.com)
Signature Date: 2021-12-17 - 10:42:19 PM GMT - Time Source: server- IP address: 170.121.14.11

✔ Agreement completed.
2021-12-17 - 10:42:19 PM GMT

📕 Adobe Sign