UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISON

**MARGARITA RODRIGUEZ-BONILLA**
*As the successor Personal Representative*
*Of the Estate of Gregory Lloyd Edwards,*

    **Plaintiff,**

v.                                                                    Case No. 6:21-cv-428-JA-DAB

**WAYNE IVEY, KELLY HAMAN,**
**GEORGE FAYSON, RICHARD ZIMMERMAN,**
**ROBERT WAGNER, JR., FREDDY CEDENO,**
**ALLISON BLAZEWICZ, DEBORA NADEAU,**
**AYANA ROBINSON, YOLANDA JONES and**
**ARMOR CORRECTIONAL HEALTH**
**SERVICES INC.,**

    **Defendants**
_____/

## NOTICE OF APPEAL

Notice is hereby given that Margarita Rodriguez-Bonilla, plaintiff in the above-named case, hereby with all due respect to the Honorable Court appeals to the United States Court of Appeals for the Federal Circuit form the final judgement entered in this action on March 6, 2023 (Dkt. 183) and the portions of all orders underlying that judgment that were adverse to them in this case.

Respectfully submitted

SWORN to and SUBSCRIBED before me this __28th__ day of March, 2023.

_____
Pro Se Litigant

(Pursuant to Rule 3 of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of judgment or appealed from is entered. When the United States or its officer or agency is a party, the notice of appeal may be filed by any party within 60 days after the judgment or order appealed from is entered.)