UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:21-cv-428-JA-DAB

**MARGARITA RODRIGUEZ-BONILLA,**

    Plaintiff,
v.

**WAYNE IVEY, KELLY HAMAN, GEORGE FAYSON, RICHARD ZIMMERMAN, ROBERT WAGNER, JR., FREDDY CEDENO, ALLISON BLAZEWICZ, DEBORA NADEAU, AYANA ROBINSON, YOLANDA JONES** and **ARMOR CORRECTIONAL HEALTH SERVICES INC.,**

    Defendants.
_____/

## SUGGESTION OF ASSIGNMENT FOR BENEFIT OF CREDITORS

**YOU ARE HEREBY** notified that Daniel J. Stermer ("Assignee"), not individually but solely in his capacity as Assignee for the benefit of creditors of the estate of Armor Health Management, LLC, f/k/a Armor Correctional Health Services, Inc. (the "Assignor"), filed a Petition for Assignment for the Benefit of Creditors (the "Petition") in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida on October 11, 2023, Case No. 2023-024558-CA-01 (the "Assignment Case"). You are advised that, with the filing of the Petition, all property of the Assignor, both real and personal, became subject to the jurisdiction of the Miami-Dade Circuit Court in the Assignment Case pursuant to the provisions of Chapter 727, Florida Statutes.

Pursuant to §727.105, Fla. Stat., upon the filing of the Petition, proceedings may not be commenced against the Assignee except as provided in Chapter 727, Florida Statutes, but nothing

in such Chapter affects any action or proceeding by a governmental unit to enforce such governmental unit's police or regulatory power. Further, except in the case of a consensual lienholder enforcing its rights in personal property or real property collateral, there shall be no levy, execution, attachment, or the like in respect of any judgment against assets of the Estate in the possession, custody, or control of the Assignee.

The filing of this Suggestion of Assignment is not intended by undersigned counsel or the Assignee to be a general appearance in this cause.

Dated this 3rd day of November, 2023.

**VENABLE LLP**
*Attorneys for Assignee*
Miami Tower, 44th Floor
100 Southeast Second Street
Miami, FL  33131
Telephone:  (305) 349-2300
Facsimile:  (305) 349-2310

By: /s/  *Allison R. Day*
    Paul J. Battista, Esq.
    Florida Bar No. 884162
    Email: pjbattista@venable.com
    Allison R. Day, Esq.
    Florida Bar No. 494097
    Email: arday@venable.com
    Avi Zemel, Esq.
    Florida Bar No. 1025804
    Email: azemel@venable.com

**CERTIFICATE OF SERVICE**

I hereby certify that a truly and correct copy of the foregoing was served via CM/ECF Notification to all parties entitled to receive notice on this 3rd day of November, 2023.

By:   /s/ *Allison R. Day*
    Allison R. Day, Esq.